**Michael RIGGS, Plaintiff–Appellant,**

v.

**SCINDIA STEAM NAVIGATION CO., LTD., and the Shipping Corporation of India, Defendants–Appellees.**

No. 92–55139.

United States Court of Appeals, Ninth Circuit.

Sept. 30, 1994.

Before: WOOD, Jr.,* REINHARDT, and RYMER, Circuit Judges.

### ORDER

The Supreme Court vacated our opinion, reprinted at 8 F.3d 1442, and remanded the case to this court for further consideration in light of *Howlett v. Birkdale Shipping Co., S.A.,* — U.S. ——, ——, 114 S.Ct. 2057, 2064, 129 L.Ed.2d 78 (1994). Accordingly, consistent with the *Howlett* decision, we now affirm the district court's grant of summary

* Honorable Harlington Wood, Jr., Senior United States Circuit Judge, Seventh Circuit Court of

judgment to the vessel. The district court's decision is

AFFIRMED.